**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2273

KENNETH L. SANFORD,

Plaintiff - Appellant,

v.

CITY OF FRANKLIN; SOUTHAMPTON COUNTY ADMINISTRATOR; SELECTIVE INSURANCE COMPANY OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:21-cv-00046-MHL)

Submitted:  July 18, 2023                    Decided:  October 10, 2023

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Sanford, Appellant Pro Se. Lloyd Lee Byrd, SANDS ANDERSON, PC, Richmond, Virginia; Johneal M. White, GLENN ROBINSON CATHEY MEMMER & SKAFF PLC, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Sanford appeals the district court's order granting Defendants' motions to dismiss his civil complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Sanford's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We deny Sanford's motions to mediate case and for this court to rule in his favor and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*